| | | | | |
|---|---|---|---|---|
| State v. Jones | 106,605 | Granted | 05/20/13 | 47 Kan. App. 2d 866 |
| State v. Jones | 106,750 | Denied | 08/19/13 | Unpublished |
| State v. Jones | 107,253 | Denied | 08/30/13 | Unpublished |
| State v. Julian | 105,695 | Granted | 05/20/13 | Unpublished |
| State v. Kelley | 107,140 | Denied | 07/01/13 | Unpublished |
| State v. Kelly | 102,210 | Denied | 08/29/13 | Unpublished |
| State v. Kendall | 107,016 | Denied | 08/19/13 | Unpublished |
| State v. Kendrex | 106,266 | Denied | 07/30/13 | Unpublished |
| State v. Khalil-Alsalaami | 106,610 | Denied | 08/19/13 | Unpublished |
| State v. Kienzle | 106,657 | Denied | 08/19/13 | Unpublished |
| State v. King | 107,887 | Denied | 08/30/13 | Unpublished |
| State v. Klein | 107,102 | Denied | 08/19/13 | Unpublished |
| State v. Kling | 105,896 | Denied | 08/19/13 | Unpublished |
| State v. Krankenberg | 107,435 | Denied | 08/29/13 | Unpublished |
| State v. Labroi | 105,730 | Denied | 08/29/13 | Unpublished |
| State v. Lamb | 107,555 | Denied | 07/19/13 | Unpublished |
| State v. LaRue | 105,464 | Denied | 07/19/13 | Unpublished |
| State v. Laster | 105,978 | Denied | 08/19/13 | Unpublished |
| State v. Laurelez | 108,051 | Denied | 08/19/13 | Unpublished |
| State v. Layman | 106,114 | Denied | 08/19/13 | Unpublished |
| State v. Lazo-Gaitam | 103,818 | Denied | 08/19/13 | Unpublished |
| State v. Ledford | 106,548 | | | |
| | 106,549 | Denied | 09/04/13 | Unpublished |
| State v. Legette | 106,546 | Denied | 08/19/13 | Unpublished |
| State v. Lewis | 107,308 | Denied | 08/19/13 | Unpublished |
| State v. Lindsay | 106,544 | Denied | 04/08/13 | Unpublished |
| State v. Lindsey | 107,246 | Denied | 09/04/13 | Unpublished |
| State v. Lingenfelter | 105,551 | Denied | 05/20/13 | Unpublished |
| State v. Little | 104,794 | Denied | 07/19/13 | Unpublished |
| State v. Litton | 106,684 | Denied | 09/04/13 | Unpublished |
| State v. Loggins | 105,950 | Denied | 07/19/13 | Unpublished |
| State v. Long | 106,137 | Denied | 07/30/13 | Unpublished |
| State v. Long | 107,758 | Denied | 08/29/13 | Unpublished |
| State v. Loya | 106,454 | Denied | 04/08/13 | Unpublished |
| State v. Lyles | 106,249 | Denied | 08/19/13 | Unpublished |
| State v. Lynch | 108,385 | Denied | 08/29/13 | Unpublished |
| State v. Magallanez | 106,255 | Denied | 08/19/13 | Unpublished |
| State v. Manuel | 105,103 | Denied | 05/20/13 | Unpublished |
| State v. Manzur | 105,619 | Granted; summarily reversed; remanded to Ct. of App. | 07/31/13 | Unpublished |
| State v. Martin | 104,465 | Denied | 05/20/13 | Unpublished |
| State v. Martin | 105,564 | Denied | 07/01/13 | Unpublished |
| State v. Martin | 106,905 | Denied | 08/19/13 | Unpublished |
| State v. Martinez | 104,695 | Denied | 05/20/13 | Unpublished |